UNITED STATES of America,
Plaintiff–Appellee,

v.

Michile Anthony BLOUNT,
a/k/a Markus Williamson,
Defendant–Appellant.

No. 00–7563.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 14, 2001.

Michile Anthony Blount, pro se. Alfred William Walker Bethea, Assistant United States Attorney, Florence, SC, for appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Michile A. Blount appeals the district court's order denying his motion to compel the Government to file a motion under Rule 35 of the Federal Rules of Criminal Procedure to reduce his sentence. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Blount*, No. CR–94–246 (D.S.C. filed Oct. 11, 2000; entered Oct. 12, 2000). We also deny as unnecessary Blount's motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*